# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Silvia Portillo, et al.

                         Plaintiff,

v.                                            Case No.: 1:18−cv−05913
                                              Honorable Robert M. Dow Jr.

Distribution Pros, et al.

                         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 23, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and the joint stipulation to dismiss [30], this action is dismissed without prejudice and with leave to reinstate on or before 5/13/2020. If no such motion is filed, the case will automatically convert to a dismissal with prejudice with no further action required by the Court. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.